UNITED STATES DISRTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HAROLDO GEREMIAS LORENZANA CORDON,

    Defendant.
_____/

Case No. 03-331
(Sealed)

To: Angela Caesar, Clerk

You are hereby notified that I appear for the defendant indicated above in the entitled action. I am appearing in this action as: retained and request that all future copies of any and all pleadings, notices, correspondence or other matters pertaining to this cause be directed to me on behalf of said defendant.

Respectfully submitted,

Rene A. Sotorrio
Law Offices of Rene A. Sotorrio, P.A.
113 Almeria Avenue
Coral Gables, FL 33134
(305)443-6163
rene@sotorriolaw.com



RECEIVED Mail Room
MAR 27 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically mailed to The U.S. Department of Justice, Criminal Division, Narcotic & Dangerous Drug Section.

Rene A. Sotorrio