UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 03-CR-331 (CKK) |
| vs. | |
| HAROLDO GEREMIAS LORENZANA CORDON,<br>Defendant. | |

### DEFENDANT'S SPEEDY TRIAL WAIVER

I, Haroldo Jeremias Lorenzana Cordon, have been advised by counsel of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. My counsel has also discussed the reason for the continuance of the status hearing that was scheduled for August 13, 2024. I hereby waive my right to a speedy trial under the Act and consent to continuing my status hearing from August 13, 2024, to September 26, 2024. I understand the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

I declare under penalty of perjury that the foregoing is true and correct.

                          ___Illegible Signature___
                          Haroldo Jeremias Lorenzana Cordon
                          Defendant

                          Date:___08-19-2024___

I, Claudia L. Wills, being first duly sworn, on oath depose and say that I am thoroughly familiar with both English and Spanish; that I have prepared the English translation of **Speedy Trial Waiver signed by Haroldo Jeremias Lorenzana,** in Spanish, as set forth and as corresponds with the attached; and that to the best of my knowledge and belief the translation attached hereto is a true and accurate version of the aforesaid original.

_____
Claudia Wills
259 W. Patrick St.
Frederick, MD 21701
Ph: 301-378-8595

STATE OF MARYLAND, COUNTY OF FREDERICK

Sworn and subscribed before me, this 20th day of August of 2024.

_____
Notary Public

My commission expires: July 27, 2025

MARIA T ROJAS
Notary Public-Maryland
Frederick County
My Commission Expires
July 27, 2025

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE COLUMBIA

UNITED STATES OF AMERICA,                     CRIMINAL NO. 03-CR-331 (CKK)

vs.

HAROLDO GEREMIAS LORENZANA CORDON,
    Defendant.
_____/

**RENUNCIA DE JUICIO SIN DEMORA DEL IMPUTADO**

Yo, Haroldo Jeremías Lorenzana Cordón, he sido informado por mi abogado de mis derechos a un juicio sin demora bajo la Ley de Juicios Expedito, 18 U.S.C. § 3161. Mi abogado también ha discutido el motivo de la continuación de la audiencia de evaluación que estaba programada para el 13 de agosto de 2024. Por la presente, renuncio a mi derecho a un juicio sin demora en virtud de la Ley y doy mi consentimiento para continuar con mi audiencia de evaluación del 13 de agosto de 2024 al 26 de septiembre de 2024. Entiendo que el período de continuación se excluirá de los cómputos de tiempo a los efectos de la Ley de Juicio Expedito.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

*[firma]*
Haroldo Jeremías Lorenzana Cordón
Imputado

Fecha: 08-19-2024

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court and served on all counsel or parties of record this 20th day of August 2024.

Charlie Carrillo, Esq.
Counsel for Defendant
NY Bar No.: 5025697
259 West Patrick St.
Frederick, MD 21701
Tel: (301) 378-8595
Email: cc@carrillobrux.com