UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Case No. 03-CR-331 (CKK) |
| ) | |
| **HAROLDO GEREMIAS** ) | |
| **LORENZANA-CORDON,** ) | |
| also known as "Chuci," and "Chuchy," ) | |
| ) | |
| **Defendant.** ) | |

### JOINT MOTION TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, by and through its undersigned counsel, and the Defendant, Haroldo Geremias Lorenzana-Cordon (the "Defendant"), by and through Rene A. Sotorrio. Esq., respectfully submit this *Joint Motion to Continue Change of Plea Hearing and to Exclude Time Under the Speedy Trial Act*. The change of plea date is currently scheduled for February 7, 2025, at 3:00 p.m.

On March 10, 2009 a federal grand jury in Washington, DC, returned a one count Second Superseding Indictment charging the Defendant with conspiracy to import five kilograms or more of cocaine, intending, knowing that the cocaine would be unlawfully imported into the United States, in violation of 21 U.S.C. §§952, 959, 960 and 963.

On December 13, 2021, the Defendant made his initial appearance following extradition and was arraigned in this District.

On November 20, 2024, at the Court's last status hearing in this matter, the parties represented to the Court that the Government's proposed plea agreement was awaiting final approval by the Government's supervisory chain and that the matter should be set for change of

plea on February 7, 2025. The Government provided an initial Plea Offer and proposed Statement of Facts on November 5, 2024. After review, the Defendant requested that the Government consider substantial modifications to the proposed Statement of Facts and negotiations have been ongoing. The parties' expectations were that the final plea agreement would have been approved in its final form by a date which would afford sufficient time for Defendant's counsel to discuss the final version of the plea agreement with the Defendant and for the Government to prepare and supply complete plea paperwork to the Court prior to the change of plea hearing. However, the final, approved plea agreement was not provided to Defendant's counsel until February 4, 2025. Defendant's counsel was traveling overseas on that date for meetings with Government representatives regarding other matters. Counsel did not return to the United States until late night on February 4th and will have no opportunity to discuss the updated agreement with the Defendant prior to the scheduled hearing.

The Government and the Defendant request that this matter be reset at a date convenient to the Court during the first two weeks of March, 2025, and both parties are available on the dates of March 4-6 and March 10-13.

The parties additionally request that, should the Court grant the continuance, the Court exclude time to the continued date for the change of plea from the Court's calculation of the time within which trial should commence pursuant to the Speedy Trial Act. The requested continuance will permit defense counsel to confer with Defendant regarding the plea agreement and prepare him for the change of plea hearing. Accordingly, the parties agree that pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(b)(iv), the ends of justice served by continuing the case and excluding time pursuant to the Speedy Trial Act as requested outweigh the interest of the public and the

Defendant in a speedy trial. Specifically, the parties request that the Court exclude the time from February 7, 2025, up to including the date of the continued change of plea hearing.

                                      Respectfully Submitted,

                                      MARLON COBAR
Chief, Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

**By: / Rene A. Sotorrio**                      By:___/s/ *Douglas Meisel*_____
RENE A. SOTORRIO, ESQ.                     Douglas Meisel, Trial Attorney
Law Offices of Rene A. Sotorrio, PA        Josh Katcher, Trial Attorney
1 SE 3rd Avenue Suite 2600                  Narcotics and Dangerous Drug Section
Miami, FL 33131                                 US Department of Justice
Tel: (305) 537-9520
Email: rene@sotorriolaw.com
FLORIDA BAR NO. 226734
Counsel of Haroldo Lorenzana