# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 1:03-cr-00331-CKK |
| | ) | |
| HAROLDO GEREMIAS | ) | |
| LORENZANA-CORDON (12), | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Charlie Carrillo, counsel of record for Defendant Haroldo Geremias Lorenzana-Cordon in the above-captioned matter, respectfully moves this Court, pursuant to Local Criminal Rule 44.5, for leave to withdraw as counsel for Defendant. In support of this Motion, counsel states as follows:

1. Counsel entered an appearance on behalf of Defendant in this matter on December 9, 2021. (ECF No. 1156.)

2. Professional considerations require the termination of counsel's representation of Defendant. Specifically, counsel has become aware of a conflict that, consistent with counsel's obligations under the District of Columbia Rules of Professional Conduct, renders counsel's continued representation of Defendant impermissible.

3. Defendant will not be left without representation, and the withdrawal of undersigned counsel will neither delay the proceedings nor prejudice Defendant. Defendant will continue to be represented by counsel of record, Rene A. Sotorrio, Esq.

4. Undersigned counsel has communicated with Defendant regarding this Motion and advised him of counsel's intent to seek withdrawal. Defendant is aware of the filing of this Motion and understands that, if granted, undersigned counsel will no longer represent him in this matter.

**WHEREFORE**, counsel respectfully requests that this Court grant this Motion and permit Charlie Carrillo to withdraw as counsel of record for Defendant Haroldo Geremias Lorenzana-Cordon in the above-captioned matter, and grant such further relief as the Court deems just and proper.

Respectfully submitted,

*/s/Charlie Carrillo*
Charlie Carrillo
Carrillo and Carrillo LLC
259 West Patrick Street
Frederick, MD 21701
(301) 378-8595
cc@carrillobrux.com
Counsel for Defendant
Haroldo Geremias Lorenzana-Cordon

Dated: July 20, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 20, 2026, I electronically filed the foregoing Motion to Withdraw as Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/Charlie Carrillo*
Charlie Carrillo, Esq.